**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1634**

———————————

JOHN KAY SMOOT,

                                    Plaintiff - Appellant,

        versus

FIRST UNION NATIONAL BANK OF VIRGINIA,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, District Judge.  (CA-96-83-A)

———————————

Submitted:  November 21, 1996        Decided:  December 3, 1996

———————————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

John Kay Smoot, Appellant Pro Se.  Grady Craven Frank, Jr., HAZEL & THOMAS, P.C., Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders (1) dismissing his complaint without prejudice for lack of diversity jurisdiction and (2) denying his motion for reconsideration. Our review of the record discloses no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2